JEFFREY H. WOOD, Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Section Chief
NICOLE M. SMITH, Trial Attorney
CA Bar Number 303629
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-0368
Facsimile: (202) 305-0275
Email: nicole.m.smith@usdoj.gov

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE SALMON ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROSS, *et al.*,<br><br>Defendants. | Case No. 17-cv-01172-LJO-EPG<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO COMPLETE THE ADMINISTRATIVE RECORD** |

WHEREAS, Plaintiffs' have noticed a hearing on their motion to complete the administrative record, Doc. 42, for hearing before the Honorable Lawrence J. O'Neill on May 7, 2018 at 8:30 a.m.in Fresno, California;

WHEREAS, counsel for Federal Defendants has a litigation conflict that prevents her from attending the hearing on May 7, 2018;

WHEREAS, the parties are available on May 14, 2018.

NOW THEREFORE, the parties respectfully stipulate and request that the Court continue the hearing on Plaintiffs' motion to complete the administrative record until May 14, 2018.

Respectfully submitted,

Dated: April 26, 2018
*/s/ Nicole M. Smith*
Nicole A. Smith
Trial Attorney, CA SBN 303629
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Telephone: (202) 305-0368
Fax: (202) 305-0275
Email: Nicole.m.smith@usdoj.gov

*Attorney for Federal Defendants*

Dated: April 26, 2018
*/s/Claire Woods* (as authorized April 26, 2018)
Claire Woods
Katherine Poole
Natural Resources Defense Council, Inc.
111 Sutter Street, 21st Floor
San Francisco, California 94104
Telephone: (415) 875-6100
Fax: (415) 795-4799
Email: cwoods@nrdc.org, kpoole@nrdc.org

*Attorneys for Plaintiffs*

Dated: April 26, 2018
*/s/William M. Sloan* (as authorized April 25, 2018)
William M. Sloan
Venable LLP
101 California Street Suite 3800

STIPULATION TO CONTINUE HEARING 1
*Golden Gate Salmon Association et al., v. Ross, et al.*, Case No. 17-cv-01172-LJO-EPG

| | |
|---|---|
| | San Francisco, California 94111<br>Telephone: (415) 343-4490<br>Email: wmsloan@veneble.com<br><br>*Attorney for State Water Contractors and Metropolitan Water District Defendant-Intervenors* |
| Dated: April 26, 2018 | <u>*/s/Clifford Thomas Lee*</u> (as authorized April 25, 2018)<br>Clifford Thomas Lee<br>Melinda Pilling<br>California Attorney General's Office<br>455 Golden Gate Ave. Suite 11000<br>San Francisco, California 94102<br>Telephone: (415) 703-5585<br>Email: cliff.lee@doj.ca.gov;<br>Melinda.pilling@doj.ca.gov<br><br>*Attorneys for Department of Resources Defendant-Intervenor* |

STIPULATION TO CONTINUE HEARING  2
*Golden Gate Salmon Association et al., v. Ross, et al.*, Case No. 17-cv-01172-LJO-EPG

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2018, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to the attorneys of record in this case.

*/s/ Nicole M. Smith*
NICOLE M. SMITH
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section

ORDER ON STIPULATION TO CONTINUE HEARING
*Golden Gate Salmon Association et al., v. Ross, et al.*, Case No. 17-cv-01172-LJO-EPG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN GATE SALMON ASSOCIATION, *et al.*,<br><br>            Plaintiffs,<br><br>   v.<br><br>ROSS, *et al.*,<br><br>            Defendants. | Case No. 17-cv-01172-LJO-EPG<br><br>**ORDER ON STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO COMPLETE THE ADMINISTRATIVE RECORD** |

      Pursuant to the parties' stipulation, the Court hereby continues the hearing on Plaintiffs' motion to complete the administrative record to May 14, 2018 at 8:30 a.m., in Fresno, California, Courtroom 4, before Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

      Dated:   **April 26, 2018**                  /s/ Lawrence J. O'Neill
                                                       UNITED STATES CHIEF DISTRICT JUDGE