**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BAY.ORG, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | ORDER GRANTING |
| ) | STIPULATION TO EXTEND |
| v. ) | DEADLINES AND MODIFY |
| ) | SCHEDULING ORDER |
| ) | |
| RYAN ZINKE, *et al.*, ) | Civ. No. 1:17-cv-01176-LJO-EPG |
| ) | |
| Defendants, ) | (ECF No. 67) |
| ) | |
| STATE WATER CONTRACTORS, *et al.*, ) | |
| ) | |
| Intervenors-Defendants. ) | |
| GOLDEN GATE SALMON ASSOCIATION, ) | |
| *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civ. No. 1:17-cv-01172-LJO-EPG |
| v. ) | |
| ) | (ECF No. 71) |
| WILBUR ROSS, *et al.*, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| STATE WATER CONTRACTORS, *et al.*, ) | |
| ) | |
| Intervenors-Defendants. ) | |

1

Pursuant to Federal Defendants' unopposed Motions to Extend Deadlines in these cases (Case No. 17-cv-01176, ECF No. 67; Case No. 17-cv-01172, ECF No. 71), the Court finds good cause for granting the requested extension of the briefing schedules. Accordingly,

IT IS ORDERED that the following schedule for dispositive briefing is established:

| Deadline | *GGSA v. NMFS*, No. 17-cv-01172 | *Bay.org v. FWS*, No. 17-cv-01176 |
|---|---|---|
| Plaintiffs shall file their motion for summary judgment | October 12, 2018 | January 15, 2019 |
| Defendants shall file their opposition and any cross-motion for summary judgment | November 13, 2018 | February 19, 2019 |
| Plaintiffs shall file their reply in support of summary judgment and opposition to any cross-motion for summary judgment | December 11, 2018 | March 12, 2019 |
| Defendants shall file their reply in support of their cross-motion for summary judgment | January 15, 2018 | April 2, 2019 |

IT IS SO ORDERED.

Dated: **September 27, 2018**　　　　/s/ *Erin P. Grosjean*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2